UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:04-CR-551-T-27MAP

JUAN DE DIOS MIRANDA MEDRANO
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion for Leave to Appeal In Forma Pauperis (Dkt. 133) and the Magistrate Judge's Report and Recommendation recommending that the motion be DENIED (Dkt. 134). No objection to the R&R has been filed, and the time for doing so has expired. After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation (Dkt. 134) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motion for Leave to Appeal In Forma Pauperis (Dkt. 133) is DENIED.

**DONE AND ORDERED** in chambers this 29th day of April, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Defendant
Counsel of Record